Prob12b (7/93)

# UNITED STATES DISTRICT COURT
## for the
## Middle District of Louisiana

### REQUEST FOR MODIFYING THE CONDITIONS OR TERMS OF SUPERVISION WITH CONSENT OF THE OFFENDER
(Probation Form 49, Waiver of Hearing Attached)

| | |
|---|---|
| Name of Offender: | Allen Causey |
| Case Number: | 01-121-JJB-DLD |
| Name of Sentencing Judicial Officer: | James J. Brady |
| Date of Original Sentence: | January 31, 2002 |
| Original Offense: | Possession of a firearm by a convicted felon |
| Original Sentence: | 1-31-02: 71 months imprisonment, followed by 3 years supervised release with conditions |
| Type of Supervision: | Supervised Release |
| Date Supervision Commenced: | October 11, 2007 |

### PETITIONING THE COURT

X    To modify the conditions of supervision as follows:

The defendant shall reside for a period of six months to commence at the discretion of the probation officer, in the Ecumenical Community Corrections Center, 6753 Cezanne Street, Baton Rouge, Louisiana, and shall observe the rules of that facility.

**CAUSE**

On April 3, 2008, the defendant agreed a six month placement at the above listed facility would provide him with the tools he would need to comply with his conditions of supervision.

Respectfully submitted,
by

_____
Cassandra L. Robbins
U.S. Probation Officer
May 12, 2008

Reviewed:

_____
Judy Myers
Supervising U.S. Probation Officer

Causey, Allen
PROB 12b
Docket No.:01-121-JJB-DLD
Date: May 12, 2008

**THE COURT ORDERS**

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modifications of Conditions as Noted Above
[ ] Other

_____        5-13-08
Signature of Judicial Officer                Date
JAMES J. BRADY
U.S.D.J

# United States District Court

_____Middle_____ **District** _____Louisiana_____

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

    I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

Under Docket No. 01-121-JJB-DLD:

The defendant shall reside for a period of six months to commence at the discretion of the probation officer, in the Ecumenical Community Corrections Center, 6753 Cezanne Street, Baton Rouge, Louisiana, and shall observe the rules of that facility.

Witness: _____
          U.S. Probation Officer

Signed: _____
      Probationer or Supervised Releasee

Date April 3, 2008